IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JUSTIN PATE, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION: 1:19-00023-KD-B |
| | ) | |
| BALDWIN COUNTY, ALABAMA, *et al.*, | ) | |
|     Defendants. | ) | |

## ORDER

In conjunction with the Order issued on this date, it is **ORDERED, ADJUDGED** and **DECREED** that this case is **REMANDED** to the Circuit Court of Baldwin County, Alabama from whence it came.

**DONE** and **ORDERED** this the **14th** day of **February 2019.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**